IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOU NEVER KNOW, LLC,

      Plaintiff,                                     CIV S-11-2697 KJM GGH PS

      vs.

HEATHER MCKEON, et al.,

      Defendants.                             <u>ORDER</u>

_____/

          On February 29, 2012, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

          The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

/////

1

      Accordingly, IT IS ORDERED that:

      1. The Findings and Recommendations filed February 29, 2012, are ADOPTED;

      2. This action is remanded to the Placer County Superior Court;

      3. The Clerk is directed to serve a certified copy of this order on the Clerk of the Placer County Superior Court, and reference the state case number (MCV 0051263) in the proof of service; and

      4. The Clerk is directed to close this case.

DATED: September 7, 2012.

                                      UNITED STATES DISTRICT JUDGE